**1134**

ers' Mutual Fire Insurance Company. A. C. Shenstone, for appellant. L. Marshall, for respondent. No opinion. Judgment affirmed, with costs. See 70 N. Y. Supp. 124; 73 N. Y. Supp. 1142.

---

NEW YORK CO-OP. BUILDING & LOAN ASS'N v. BRENNAN et al. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by the New York Cooperative Building & Loan Association against Teressa Brennan and others. No opinion. Appeal dismissed, with $10 costs.

---

NEW YORK & P. CO., Respondent, v. WHITING PAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by the New York & Pennsylvania Company against the Whiting Paper Company. C. F. Mathewson, for appellant. T. B. Reed, for respondent. No opinion. Judgment affirmed, with costs.

---

NIAGARA FIRE INS. CO., Respondent, v. WESTERN NEW YORK CO-OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by the Niagara Fire Insurance Company against the Western New York Cooperative Fire Insurance Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw its demurrer and plead over upon payment of the costs of the demurrer and of this appeal.

---

NIEMEYER, Respondent, v. WOODS, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Frederick W. Niemeyer against Michael J. Woods. No opinion. Motion denied.

---

NORTHRUP, Respondent, v. POUGH-KEEPSIE CITY & W. F. ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by James P. Northrup against the Poughkeepsie City & Wappinger Falls Electric Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground of the error at folio 135 of the case, involved in the refusal of the court to charge that if the jury find that if the plaintiff had looked and listened, and by so doing he would have avoided the accident, then he cannot recover, although the defendant may also be guilty of negligence.

GOODRICH, P. J., dissents, on the ground that the previous portion of the charge properly instructed the jury, taken in connection with the modification stated by the court at the time of this request.

OAKES, Respondent, v. OAKES, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Adeline E. S. Oakes against Francis J. Oakes. J. D. Kernan, for appellant. A. H. Hummel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

O'CONNELL, Respondent, v. ROSENTHAL, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Nicholas J. O'Connell, against Henry B. Rosenthal. No opinion. Judgment of the municipal court affirmed, with costs.

---

O'DONNELL, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Emma J. O'Donnell against Henry H. Preston and others. No opinion. Order affirmed, with $10 costs and disbursements. See 77 N. Y. Supp. 305.

---

O'NEIL v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) O'Neil against the New York & Harlem Railroad Company. No opinion. Motion denied.

---

In re OUSSANI. (Supreme Court, Appellate Division, First Department. June 20, 1902.) In the matter of Joseph Oussani. C. G. F. Wahle, for appellant. P. H. Stewart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PAPE et al. v. NEW YORK & H. R. CO. et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William Pape and others against the New York & Harlem Railroad Company and others. No opinion. Motion denied.

---

In re PARSONS. (Supreme Court, Appellate Division, First Department. June 20, 1902.) In the matter of J. Lester Parsons. W. G. McKnight, for appellant. L. H. Beers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PATTERSON, Respondent, v. CITY OF WATERVLIET, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Bridget Patterson against the city of Watervliet. No opinion. Judgment and order unanimously affirmed, with costs.